IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02450-AP

SHARON JANKOWSKI,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    William E. Benjamin, Esq.
    5350 Manhattan Circle, Suite 105
    Boulder, CO 80303
    (303) 442--9005
    WbenjaminLaw@ecentral.com

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-1570; (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov;
    d_meachum@hotmail.com

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     **Date Complaint Was Filed:**
        **December 5, 2005.**
    B.     **Date Complaint Was Served on U.S. Attorney's Office:**
        **December 9, 2005.**
    C.     **Date Answer and Administrative Record Were Filed:**
        **February 7, 2006.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties do not intend to submit additional evidence.**

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7.  OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8.  PROPOSED BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due:**     **APRIL 07, 2006.**
    B.     **Defendant's Response Brief Due:**     **MAY 10, 2006.**
    C.     **Plaintiff's Reply Brief (If Any) Due:** **MAY 25, 2006.**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     **Plaintiff's Statement:**
        **Plaintiff does not request oral argument.**
    B.     **Defendant's Statement:**
        **Defendant does not request oral argument.**

Case 1:05-cv-02450-JLK   Document 11   Filed 02/27/06   USDC Colorado   Page 3 of 4

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.  ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.  ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th day of February, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

>s\William E. Benjamin 2/27/06
>William E. Benjamin, Esq.
>5350 Manhattan Circle, Suite 105
>Boulder, CO 80303
>(303) 442--9005
>WbenjaminLaw@ecentral.com

For Defendant:

>WILLIAM J. LEONE
>United States Attorney
>KURT J. BOHN
>Assistant United States Attorney
>kurt.bohn@usdoj.gov

>s\Debra J. Meachum 2/27/06

By:  Debra J. Meachum
>Special Assistant United States Attorney
>Social Security Administration
>1961 Stout Street, Suite 1001A
>Denver, Colorado  80294
>(303) 844-1570
>(303) 844-0770 (facsimile)
>debra.meachum@ssa.gov
>d_meachum@hotmail.com