IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 05-cv-02450-AP

SHARON JANKOWSKI,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal filed on April 6, 2006, it is

ORDERED that this action is dismissed.

DATED: April 10, 2006

                              BY THE COURT:

                              S/John L. Kane
                              Senior Judge, United States District Court